**FILED: 5/4/12**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *A.T.*, | CASE NO. CV 10-10030-GHK (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| *East Whittier City School District*, | |
| Defendant. | |

Pursuant to the Court's April 20, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff A.T.'s ("Plaintiff") second, third, and fourth claims against Defendant East Whittier City School District ("Defendant") are **DISMISSED without prejudice**. Pursuant to the Court's May 4, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff's first claim against Defendant is **DISMISSED with prejudice**.  Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: May 4, 2012

_____
GEORGE H. KING
United States District Judge